UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

SAHADEO DEODATH, individually and on behalf of all other persons similarly situated,

               Plaintiff,

--against--

HARVARD AGENCY CO., INC.; KIAMIE EAST 32ND STREET, INC.; KIAMIE NEW YORK CORP.; KIAMIE-PRINCESS MARION REALTY CORP.; THE MAYFLOWER AGENCY CO., INC.; WINDSOR MANAGEMENT CORP.; DON A. KIAMIE; and MATTHEW KIAMIE; jointly and severally,,

               Defendants.

Plaintiff's motion for conditional class certification is denied without prejudice for failure to comply with Rule 4.A of my Individual Rules. The parties are directed to meet and confer concerning conditional class certification prior to the submission of pre-motion letters.

SO ORDERED:

*[signature]*
HON. VERNON S. BRODERICK 4/23/2015
UNITED STATES DISTRICT JUDGE

14 CV 7362 (VSB)

## NOTICE OF MOTION

**Please take notice** that upon the accompanying affidavit, memorandum of law, and the pleadings herein, the plaintiff will move this Court, before Hon. Vernon S. Broderick, United States District Judge, for an order conditionally certifying a collective action and approving and authorizing distribution of a notice of collective action lawsuit to putative party plaintiffs and related relief.

1

LAW OFFICE OF JUSTIN A. ZELLER, P.C.

By: _____
John M. Gurrieri
jmgurrieri@zellerlegal.com
Brandon D. Sherr
bsherr@zellerlegal.com
Justin A. Zeller
jazeller@zellerlegal.com
277 Broadway, Suite 408
New York, NY 10007-2036
Telephone: (212) 229-2249
Facsimile: (212) 229-2246
**ATTORNEYS FOR PLAINTIFF**

Dated: New York, New York
April 21, 2015